### HENRY GUNTER V. THE STATE.

No. 1684.   Decided April 17, 1912.

Rehearing Denied May 15, 1912.

**1.—Driving Horses from Accustomed Range—Recognizance.**

Where the recognizance did not show that appellant had been convicted of any offense, what punishment had been assessed, and was defective in other particulars, the same must be dismissed.

**2.—Same—Bills of Exception.**

Where the bills of exception were not filed within the time authorized by the court, they could not be considered on appeal.

Appeal from the District Court of Knox.   Tried below before the Hon. Jo. A. P. Dickson.

Appeal from a conviction of driving horses from their accustomed range; penalty, a fine of $200.

The opinion states the case.

*Jas. A. Stephens,* for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

HARPER, JUDGE.—The recognizance in this case is fatally defective in that it does not show that defendant has been convicted of any offense; what punishment, if any was assessed against him, and is defective in other particulars.   The Assistant Attorney-General has moved to dismiss the appeal on account of said defects, and the motion is sustained.

In addition to this the bills of exception contained in the record were not filed within the time authorized by the court, and could not be considered, were this case properly before us.

Appeal is dismissed.

*Dismissed.*

[Rehearing denied May 15, 1912.—Reporter.]